```
 1  KAREN P. HEWITT
    United States Attorney
 2  DAVID M. McNEES
    Special Assistant U.S. Attorney
 3  California State Bar No. 216612
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5979
    E-mail: david.mcnees@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

FILED

07 NOV 14 PM 2:14

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 07CV 2176 BTM (LSP) |
| Plaintiff, | EX PARTE MOTION TO APPOINT THE U.S. MARSHAL AS CUSTODIAN |
| v. | |
| ONE 2005 FORD F250 TRUCK, CA LICENSE NO. 2606DDP, VIN 1FTSW21P25EB71258, ITS TOOLS AND APPURTENANCES, | |
| Defendant. | |

COMES NOW the plaintiff, United States of America, and moves this Court for an exception to General Order 273 issued by this Court, that is, for an order appointing the United States Marshal as custodian of the defendant vehicle upon execution of the warrant of arrest in rem. In support of this motion, plaintiff states as follows:

1. The United States Marshals Service has been staffed with personnel experienced in providing for the management of properties such as the defendant vehicle in this case.

2. The United States Marshal has consented to assume responsibility for the protection and safety of the defendant vehicle during the period the same remains in custodia legis.

3. The continued custody of the United States Marshal following execution of the warrant of arrest in rem is necessary and in the best interests of the plaintiff in this case.

4. It is further requested that all reasonable expenditures incurred by the United States Marshal be a first charge against the defendant vehicle.

WHEREFORE, plaintiff respectfully requests that an exception to General Order No. 273 be permitted in this case and that this motion be granted.

DATED: November 14, 2007

                        KAREN P. HEWITT
                        United States Attorney

                        */s/ David McNees*

                        DAVID M. McNEES
                        Assistant U.S. Attorney