UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONE 2005 FORD F250 TRUCK,<br>CA LICENSE NO. 2606DDP,<br>VIN 1FTSW21P25EB71258,<br>ITS TOOLS AND APPURTENANCES,<br><br>　　　　　Defendant. | Civil No. 07CV 2176 BTM (LSP)<br><br>ORDER APPOINTING<br>U.S. MARSHAL AS<br>CUSTODIAN |

FILED 07 NOV 19 PM 1:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal for the Southern District of California has consented to assume responsibility for the custody and maintenance of the defendant vehicle during the time it remains in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant vehicle, the United States Marshal for the Southern District of California shall be custodian of the defendant vehicle on behalf of this Court until further order.

IT IS FURTHER ORDERED that all reasonable expenditures incurred by the United States Marshals Service be a first charge against the defendant vehicle.

DATED: November 19, 2007

_____
UNITED STATES DISTRICT JUDGE