**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. '07 CV 2 (LSP) |
| Plaintiff, | ) | WARRANT FOR ARREST IN ACTION IN REM |
| v. | ) | |
| ONE 2005 FORD F250 TRUCK, CA LICENSE NO. 2606DDP, VIN 1FTSW21P25EB71258, ITS TOOLS AND APPURTENANCES, | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL
        SOUTHERN DISTRICT OF CALIFORNIA

        YOU ARE HEREBY COMMANDED to attach the defendant,

                ONE 2005 FORD F250 TRUCK, CA LICENSE NO. 2606DDP,
                VIN 1FTSW21P25EB71258, ITS TOOLS AND APPURTENANCES,

in the above-entitled action, and to detain the same in your custody until further order of the Court, and

to give due notice to all persons claiming the same or having anything to say why the same should not

be condemned and forfeited to the United States and sold pursuant to the prayer of the Complaint on file

herein, that they must file their claims with the Clerk of this Court within 30 days after execution of this

process, or within such additional time as may be allowed by the Court, and must serve their answers

within 20 days after the filing of their claims.

        YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon

promptly after execution thereof.

        DATED: 11/20/07

                                        W. SAMUEL HAMRICK, JR., Clerk

                                        (SEAL) TRUJILLO

                                        By_____

        (SEAL)

RECEIVED 2007 NOV 20 A 10:03
U.S. MARSHAL SOUTHERN DIST. OF CALIF.