# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

United States of America

        V.

One 2005 Ford F250 Truck
CA License No. 2606DDP,
Vin 1FTSW21P25EB71258, Its Tools and
Appurtenances

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv2176-BTM(LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Motion for Judgment of Forfeiture is GRANTED. Claimant Susan M. Earnhart ("Claimant") will pay $10,000.00 to the United States in return for the Defendant Vehicle. The $10,000.00 paid by Claimant is hereby forfeited and condemned to the United States. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. .. .. .. .. . .. .. .

| December 14, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/V.Trujillo |
| | (By) Deputy Clerk |
| | ENTERED ON December 14, 2007 |

07cv2176-BTM(LSP)