# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>07cv2176-BTM(LSP) |
|---|---|
| DEFENDANT<br>ONE 2005 FORD F250 TRUCK, etc. | TYPE OF PROCESS<br>DISPOSITION |

**SERVE AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| DRUG ENFORCEMENT ADMINISTRATION |
| ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>4560 VIEWRIDGE AVENUE, SAN DIEGO, CALIFORNIA 92123-1637 |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID M. McNEES, Special Ass't United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA 2007 DEC 18 A 10:05

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

DEA Case No. R2-07-0344; CATS ID 07-DEA-486378

Attached are four copies of the Order for Judgment of Forfeiture, along with four copies of the Joint Motion. Also attached is Bank of America cashier's check no. 418331094 in the amount of $10,000.00 from Claimant Susan M. Earnhart. Please forfeit the $10,000.00 and return the defendant vehicle to Claimant as soon as possible. You can reach her at (951) 970-3800 to make arrangements for her pickup of the vehicle. Note that storage costs are to be charged against the $10,000.00 settlement amount.

Signature of Attorney or other Originator requesting service on behalf of:
_David M. McNees/mn_  DAVID M. McNEES [SAUSA]   ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (619) 557-7366 (M. Apgar)
DATE: 12/18/07

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk<br>_Janette E. Sauregoan_ | Date<br>12-18-07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):
Michael Tourney / Receptionist

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 12-19-07   Time: 3:26 pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$45.00 | Total Mileage Charges (including endeavors)<br>$9.38 | Forwarding Fee | Total Charges<br>$54.38 | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED   SEND ORIGINAL + 2 COPIES to USMS.   FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt