# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07cv2176-BTM(LSP) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE 2005 FORD F250 TRUCK, etc. | ARREST AND PUBLICATION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

DRUG ENFORCEMENT ADMINISTRATION

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

4560 VIEWRIDGE AVENUE, SAN DIEGO, CALIFORNIA 92123-1637

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID M. McNEES, Special Ass't United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)

DEA Case No. R2-07-0344; CATS ID 07-DEA-486378

Attached are copies of the Complaint for Forfeiture, an ad order and Notice of Forfeiture Action. Please seize the defendant vehicle and advise of date of seizure, dates notice is published, and furnish a copy of the warrant for arrest. Please note that the U.S. Marshal has been appointed as custodian.

Signature of Attorney or other Originator requesting service on behalf of: DAVID M. McNEES [SAUSA]  ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (619) 557-7366   DATE: 11/14/07

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk | Date 11-19-07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above): MICHAEL TOURNEY - RECEPTIONIST

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 11-28-07   Time: 9:25 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| $45.00 | $9.38 | | $54.38 | | | |

REMARKS:

Publish 12/5, 12/12 and 12/19, 2007

PRIOR EDITIONS MAY BE USED      SEND ORIGINAL + 2 COPIES to USMS.      FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt

**SAN DIEGO COMMERCE**

2652 4TH AVE 2ND FL, SAN DIEGO, CA 92103
Telephone (619) 232-3486 / Fax (619) 232-1159

This space for filing stamp only

JANETTE
U.S. MARSHAL-SOUTHERN DISTRICT O
940 FRONT ST. #B-150
SAN DIEGO, CA - 92101-8930

SD #: 1240680

**NOTICE OF FORFEITURE ACTION
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
CIVIL NO.
07 CV 2176-BTM(LSP)**
UNITED STATES OF AMERICA, Plaintiff
v.
ONE 2005 FORD F250 TRUCK, CA LICENSE NO. 2606DDP, VIN 1FTSW21P25EB71258, ITS TOOLS AND APPURTENANCES, Defendant.
On NOVEMBER 14, 2007, the United States Attorney for the Southern District of California filed a Verified Complaint for Forfeiture against ONE 2005 FORD F250 TRUCK, CA LICENSE NO. 2606DDP, VIN 1FTSW21P25EB71258, ITS TOOLS AND APPURTENANCES, pursuant to Title 21, U.S.C. §881 (a)(4), and an Arrest Warrant in Rem was issued by the Clerk of the Court.
Any person who asserts an interest in the defendant property may contest the forfeiture by filing a claim with the Clerk of the United States District Court, Southern District of California, in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, **within thirty (30) days** after the date of final publication, or within such additional time as the Court may allow. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure **within twenty (20) days** after filing the claim. Claims and Answers are to be filed with the Clerk, United States District Court for the District of Southern California, with a copy thereof sent to Assistant United States Attorney David M. McNees at 880 Front Street, Room 6293, San Diego, CA 92101-8893. If claims and answers are not filed within these times, default will be noted and condemnation ordered against any person not complying.
DATED: November 28, 2007
STEVEN C. STAFFORD,
UNITED STATES MARSHAL
By: /s/ ARNOLD KNIGHT, Deputy
12/5, 12/12, 12/19/07
SD-1240680#

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California       )
County of SAN DIEGO  ) ss

Notice Type:   SZR - NOTICE OF SEIZURE

Ad Description: CASE NO. 07cv2176-BTM(LSP)

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the SAN DIEGO COMMERCE, a newspaper published in the English language in the city of SAN DIEGO, county of SAN DIEGO, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SAN DIEGO, State of California, under date 12/13/1991, Case No. 631749. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

12/05/2007, 12/12/2007, 12/19/2007

Executed on: 12/19/2007
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

*Signature*

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 JAN -9 A 9: 26

*A000000377185*

| ADVERTISING ORDER | ORDER NUMBER |
|---|---|
| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE<br>U.S. MARSHALS SERVICE | DATE<br>Nov 27, 2007 |

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts.

It is to be set solid, without paragraphing, and without and display in the heading unless otherwise expressly authorized in the specifications.

NAME OF THE PUBLICATION ADVERTISED IN
THE SAN DIEGO COMMERCE

| SUBJECT OF ADVERTISEMENT<br>SEIZURE OF | EDITION OF PAPER ADVERTISEMENT APPEARED<br>REGULAR |
|---|---|
| NUMBER OF TIMES ADVERTISEMENT APPEARED<br>THREE (3) | DATE(s) ADVERTISEMENT APPEARED  12/5, 12/12 and 12/19, 2007 |

SPECIFICATIONS FOR ADVERTISEMENT

SOLID LINE

COPY FOR ADVERTISEMENT

LEGAL AD

UNITED STATES OF AMERICA

V.

RE: CASE NO. 07CV2176BTM

ONE 2005 FORD F250 TRUCK, CA LICENSE NO. 2606DDP, VIN 1FTSW21P25EB71258, ITS TOOLS AND APPURTENANCES

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER | NUMBER |
| DATE<br>November 27, 2007 | DATE |
| SIGNATURE OF AUTHORIZING OFFICIAL<br>JANETTE E. SAUVAGEAU (619) 557-6620 x 237 | TITLE<br>ASSET FORFEITURE SPECIALIST |

### INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher.

The following is a sample of solid line advertisement; set up in accordance with the usual Government requirements.

> DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C. Invitation No. C-5576-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 8:00 p.m. November 15, 1965.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher.

Submit the voucher and a copy of the printed advertisement to:

▶ U.S. MARSHALS SERVICE
U. S. COURTHOUSE
940 FORNT ST. B 150
SAN DIEGO, CA 92101-8930

**IMPORTANT**
Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

U.S. Department of Justice
United States Marshals Service



# PUBLIC VOUCHER FOR ADVERTISING

| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE | | For Agency Use Only |
|---|---|---|
| U.S. MARSHALS SERVICE | | VOUCHER NUMBER |
| PLACE VOUCHER PREPARED | DATE PREPARED | SCHEDULE NUMBER |
| SAN DIEGO, CALIFORNIA | Nov 27, 2007 | |
| NAME OF PUBLICATION | | PAID BY |
| THE SAN DIEGO COMMERCE | | |
| NAME OF PUBLISHER OR REPRESENTATIVE | | |
| YOLANDA Cordova | | |
| ADDRESS (Street, room number, city, State, and ZIP code) | | |
| 2652 4TH AVE., SUITE 200, SAN DIEGO, CA 92103 | | |

## CHARGES

| TYPEFACE | | (size of type) POINT PER | (inch, square, word, or folio) | |
|---|---|---|---|---|
| | | NUMBER OF LINES (Indicate Counted or space) | COST PER LINE | TOTAL COST |
| Line Rates | FIRST INSERTION | | | $0.00 |
| | ADDITIONAL INSERTIONS GIVE NUMBER ▶ | | | $0.00 |
| | TOTAL | | | $0.00 |
| | | NUMBER OR UNITS (Indicate inch, square, word, folio) | COST PER LINE | TOTAL COST |
| Other Rates | FIRST INSERTION | | | $0.00 |
| | ADDITIONAL INSERTIONS GIVE NUMBER ▶ | | | $0.00 |
| | TOTAL | | | $0.00 |

Attach one copy of advertisement (including upper and lower rules) to each copy of voucher here. If copy is not available sign the following affidavit.

| TOTAL LINE RATES AND OTHER RATES | $0.00 |
|---|---|
| LESS DISCOUNT AT ____ % | ( $0.00 ) |
| BALANCE DUE | $0.00 |
| VERIFIED (Initials) | |

## AFFIDAVIT

This represents a true billing for the attach advertising order, with specifications and copy, which has been completed.

SIGNATURE OF PUBLISHER OR REPRESENTATIVE

TITLE: Legal Advertising Manager   DATE: 1-4-07

## FOR AGENCY USE ONLY

| ADVERTISEMENT PUBLISHED IN | DATE PUBLISHED |
|---|---|

I certify that the advertisement described above appeared in the named publication and that this account is correct and eligible for payment.

| SIGNATURE AND TITLE OF CERTIFYING OFFICER | DATE |
|---|---|
| SIGNATURE AND TITLE OF AUTHORIZING OFFICER* | DATE |
| ACCOUNTING CLASSIFICATION | PAID BY CHECK NUMBER |

*If the ability to certify and authority to approve are combined in one person enter "N/A" (not applicable) here.

USM Form-173
Est. 07/94